AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Moises Gonzalez-Cortes | ) Case No. |
| | ) 5:25-mj-1138-PRL |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 13, 2025__ in the county of __Lake__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry by a previously deported alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Mark Annotti, ICE
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __July 15, 2025__

_____
*Judge's signature*

City and state: __Ocala, Florida__   United States Magistrate Judge Philip R. Lammens
*Printed name and title*

**STATE OF FLORIDA**     CASE NO. 5:25-mj-1138-PRL

**COUNTY OF MARION**

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 22 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On July 13, 2025, the Mascotte Police Department (PD) arrested **Moises GONZALEZ-CORTES** and booked him into the Lake County Jail (LCJ) based on state criminal charges of (1) driving under the influence, (2) operate motor vehicle without a valid driver's license, and (3) resist officer without violence (case number not available yet, Lake County, Florida). Following his arrest, the LCJ booking system automatically forwarded **GONZALEZ-CORTES'** information to the ACRIMe (Alien Criminal Response Information Management System) national database.

4. On July 13, 2025, DO Michal Kocian identified **GONZALEZ-CORTES'** information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Kocian filed an ICE immigration detainer on **GONZALEZ-CORTES** with the LCJ.

5. On July 13, 2025, DO Kocian contacted the LCJ and requested/received **GONZALEZ-CORTES'** fingerprints relating to the LCJ booking on this same day. DO Kocian forwarded **GONZALEZ-CORTES'** case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6. On July 15, 2025, I submitted the set of fingerprints obtained from the LCJ relating to **GONZALEZ-CORTES'** booking on July 13, 2025, to the Federal Bureau of Investigation Criminal Justice Information Services

Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **GONZALEZ-CORTES** and his unique FBI number.

7. A review of various databases and ICE records disclosed that **GONZALEZ-CORTES** has an Alien File Number (A xxx xxx 699). He was born in 1995, in Mexico. He is a citizen of Mexico and not a citizen of the United States. On February 16, 2018, **GONZALEZ-CORTES** was administratively ordered deported/removed from the United States to Mexico. **GONZALEZ-CORTES** was physically removed from the United States to Mexico on or about February 17, 2018.

8. **GONZALEZ-CORTES** has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

3

9. Based on the foregoing, there is probable cause to believe that on July 13, 2025, **GONZALEZ-CORTES** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 15th day of July 2025.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4